FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 25, 2015

Barry J. Alford
1319 Ballinger St.
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-14-00320-CR
                                   02-14-00321-CR
                                   02-14-00322-CR
                                   02-14-00323-CR
        Trial Court Case Number:   1316391D
                                   1330277D
                                   1330414D
                                   1331423D

Style:   Erik White
         v.
         The State of Texas

The appellant's brief has been filed under the date of Tuesday, February 24, 2015 in the above referenced cause.

The State's brief is due **Thursday, March 26, 2015**.

You will be notified when a submission date has been set.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Shoshanna Cordova, Deputy Clerk